No. 01–1167. WOOLDRIDGE *v.* HAMILTON COUNTY DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Ohio. Certiorari denied.

No. 01–1168. TINDALL *v.* WAYNE COUNTY FRIEND OF THE COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1169. ARUNDEL ENGINEERING CORP. *v.* MARYLAND MASS TRANSIT ADMINISTRATION. Ct. Sp. App. Md. Certiorari denied.

No. 01–1174. TULI *v.* SPRECHER ENERGIE A. G. ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1175. MYERS *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–1176. CLARK, SECRETARY OF STATE OF MISSISSIPPI *v.* LIPSCOMB ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1177. CATERINA ET AL. *v.* UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1185. SPIRIT LAKE TRIBE *v.* NORTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–1189. BRANDENBURG *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 01–1190. WYATT *v.* ALABAMA DEPARTMENT OF HUMAN RESOURCES ET AL. Sup. Ct. Ala. Certiorari denied.

No. 01–1199. RALEIGH ET UX. *v.* TRISCHAN ET AL. Ct. App. Colo. Certiorari denied.

No. 01–1213. CARR *v.* FORBES, INC., ET AL. C. A. 4th Cir. Certiorari denied.